

TD

AUSA Jeffrey S. Snell (312) 469-6308

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDRE CORONE MCNAIRY | Case No.: 24 CR 294<br>KERI L. HOLLEB HOTALING<br>Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, TYRUS LESTER, appearing before United States Magistrate Judge KERI L. HOLLEB HOTALING in person and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that ANDRE CORONE MCNAIRY has been charged by Indictment in the Northern District of Iowa with the following criminal offenses: conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Section 846 (Count 1); distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) (Counts 12 and 13); and possession with intent to distribute a controlled substance and aiding and abetting the possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 (Count 14).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

*Tyrus Lester*

TYRUS LESTER
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED in person this 6th day of June, 2024.

_____
KERI L. HOLLEB HOTALING
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 24-CR-43 |
| Plaintiff, | ) ) ) | **INDICTMENT** |
| vs. | ) ) | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ) ) ) ) ) | **Count 1**<br>21 U.S.C. § 846:<br>Conspiracy to Distribute<br>a Controlled Substance<br>(All Defendants) |
| ANDRE CORONE McNAIRY, | ) ) | **Counts 2 & 3** |
| Defendants. | ) ) ) ) | 21 U.S.C. § 841(a)(1):<br>Distribution of a Controlled<br>Substance<br>▓▓▓▓▓▓▓▓ |
| | ) ) ) ) ) | **Counts 4 & 5**<br>21 U.S.C. § 841(a)(1):<br>Distribution of a Controlled<br>Substance<br>▓▓▓▓ |
| | ) ) ) ) ) ) | **Count 6**<br>21 U.S.C. § 841(a)(1), 18 U.S.C. § 2:<br>Distribution of a Controlled<br>Substance<br>▓▓▓▓▓▓▓▓▓▓ |
| | ) ) ) ) ) ) ) ) ) ) ) | **Count 7**<br>21 U.S.C. § 841(a)(1), 18 U.S.C. § 2:<br>Possession with Intent to Distribute<br>a Controlled Substance and<br>Aiding and Abetting the Possession<br>with Intent to Distribute<br>▓▓▓▓▓▓▓▓▓▓ |

) **Count 8**
) 21 U.S.C. § 841(a)(1), 18 U.S.C. § 2:
) Distribution of a Controlled
) Substance
) ▇▇▇▇▇▇▇▇▇▇▇▇▇
)
) **Counts 9 & 10**
) 21 U.S.C. § 841(a)(1):
) Distribution of a Controlled
) Substance
) ▇▇▇▇▇
)
) **Count 11**
) 18 U.S.C. § 922(g)(1):
) Possession of Ammunition
) by a Felon
) ▇▇▇▇▇▇
)
) **Counts 12 & 13**
) 21 U.S.C. § 841(a)(1):
) Distribution of a Controlled
) Substance
) (McNAIRY)
)
) **Count 14**
) 21 U.S.C. § 841(a)(1), 18 U.S.C. § 2:
) Possession with Intent to Distribute
) a Controlled Substance and
) Aiding and Abetting the Possession
) with Intent to Distribute
) (McNAIRY)

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between in or about September 2023, and continuing to in or about April 2024, in the Northern District of Iowa and elsewhere, defendants ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2

▮▮▮▮▮▮▮▮▮▮ ANDRE CORONE McNAIRY did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Defendants ▮▮▮▮▮▮▮▮▮▮ ANDRE CORONE McNAIRY did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and 50 grams of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

Defendant ▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

This was in violation of Title 21, United States Code, Section 846.

## Count 2

### Distribution of a Controlled Substance

On or about September 8, 2023, in the Northern District of Iowa, defendant ▬▬▬▬▬▬ did knowingly and intentionally distribute cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 3

### Distribution of a Controlled Substance

On or about September 14, 2023, in the Northern District of Iowa, defendant ▬▬▬▬▬▬ did knowingly and intentionally distribute cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 4

### Distribution of a Controlled Substance

On or about September 18, 2023, in the Northern District of Iowa, defendant ▬▬▬▬▬▬ did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, and 5 grams of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## Count 5

### Distribution of a Controlled Substance

On or about September 26, 2023, in the Northern District of Iowa, defendant ███████████████████ did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, and 50 grams of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## Count 6

### Distribution of a Controlled Substance

On or about October 16, 2023, in the Northern District of Iowa, defendants ███████████████████████████████ did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, and 50 grams of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## Count 7

### Possession with Intent to Distribute a Controlled Substance and Aiding and Abetting the Possession with Intent to Distribute

On or about October 22, 2023, in the Northern District of Iowa, defendants ███████████████████████████████████████ ███████████████████ did knowingly and intentionally possess with intent to distribute and did aid, abet, counsel, command, induce, and procure for the

possession with intent to distribute methamphetamine, a Schedule II controlled substance.

This was in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 8

### Distribution of a Controlled Substance

On or about October 23, 2023, in the Northern District of Iowa, defendants ▌ did knowingly and intentionally distribute cocaine, a Schedule II controlled substance.

This was in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 9

### Distribution of a Controlled Substance

On or about February 6, 2024, in the Northern District of Iowa, defendant ▌ did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, and 5 grams of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## Count 10

### Distribution of a Controlled Substance

On or about February 12, 2024, in the Northern District of Iowa, defendant ▌ did knowingly and intentionally distribute cocaine, a Schedule

II controlled substance, and 5 grams of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

### Count 11

### Possession of Ammunition by a Felon

On or about February 21, 2024, in the Northern District of Iowa, defendant ▮▮▮▮▮▮ knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, specifically 9mm ammunition, and the ammunition was in and affecting commerce.

Defendant ▮▮▮▮▮▮ was previously convicted of the following crime punishable by imprisonment for a term exceeding one year: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### Count 12

### Distribution of a Controlled Substance

On or about March 6, 2024, in the Northern District of Iowa, defendant ANDRE CORONE MCNAIRY did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, and 5 grams of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## Count 13

### Distribution of a Controlled Substance

On or about April 9, 2024, in the Northern District of Iowa, defendant ANDRE CORONE McNAIRY did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, and 5 grams of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

## Count 14

### Possession with Intent to Distribute a Controlled Substance and Aiding and Abetting the Possession with Intent to Distribute

On or about April 21, 2024, in the Northern District of Iowa, defendant ANDRE CORONE McNAIRY did knowingly and intentionally possess with intent to distribute and did aid, abet, counsel, command, induce, and procure for the possession with intent to distribute 500 grams of a mixture or substance containing a detectable amount of methamphetamine and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL

███████████████  5/22/24

Grand Jury Foreperson     Date

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

EMILY K. NYDLE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 5/22/2024
PAUL DE YOUNG, CLERK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

RECEIVED
By USMS N/IA at 3:08 pm, May 23, 2024

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 24-CR-43 |
| Andre Corone McNairy | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Andre Corone McNairy,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Section 846.
Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).
Possession with Intent to Distribute a Controlled Substance and Aiding and Abetting the Possession with Intent to Distribute in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Date: 05/22/2024

_Issuing officer's signature_

City and state: Cedar Rapids, Iowa  MARK A. ROBERTS, United States Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_